MINUTE ENTRY          9:05 a.m.

UNITED STATES OF AMERICA -vs- DOLORES TOMOKANE

PRESENT: HON. ALEX R. MUNSON, CHIEF  JUDGE PRESIDING
  K. LYNN LEMIEUX, DEPUTY CLERK
  SANAE N. SHMULL, COURT REPORTER
  JAMIE BOWERS,  ASSISTANT U.S. ATTORNEY
  JOSEPH CAMACHO, ATTORNEY FOR DEFENDANT
  DOLORES TOMOKANE,  DEFENDANT

PROCEEDINGS:    ARRAIGNMENT

 Defendant DOLORES TOMOKANE appeared with court-appointed counsel, Attorney Joseph Camacho.  Government was represented by Jamie Bowers, AUSA.  Also present were U.S. Probation Officer Margarita Wonenberg.

 Defendant waived reading of the indictment and pled NOT GUILTY to the charges against her.  Court set jury trial for MONDAY, August 22, 2005 at 9:00 a.m.  Pretrial motions shall be filed by Friday, July 1, 2005.

 Government moved for release on bail with conditions; there being no objection, Court so ordered with the following conditions:

 1. That the defendant shall submit to pretrial services supervision under the direction of the United States Probation Office and abide by all standard conditions  and that he must report at any time as requested;

 2. The defendant must not leave the island of Saipan without written permission from the Court;

 3. That the defendant must not change her residence without first notifying the Court.

 4. That the defendant shall not commit any offense in violation of federal, state or local law while on release in this case;

 5. That the defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

 6. That the defendant shall surrender her passport, if she has one,  and any other travel documents  and not obtain any other travel documents or passport;

 7. That the defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapon;

 8. That she refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 USC 802, unless prescribed by a licensed medical practitioner; and

 9. That the defendant shall draw a map indicating the location of her residence and provide a contact telephone number.

Defendant was remanded into the custody of the U.S. Marshal for processing and release.

	Adj. 9:20 a.m.

;	[KLL EOD 06/17/2005]