F I L E D
Clerk
District Court

AUG 12 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Dolores Tomokane, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> _____ ) | Criminal Case No. 05-00021 <br><br> **ORDER GRANTING WAIVER OF SPEEDY TRIAL AND AMENDING SCHEDULING** <br><br> Hearing:   August 12, 2005 <br> Time:      1:30 pm |

    The defendant, Dolores Tomokane, appeared in open court with her attorney Joseph J.N. Camacho on August 12, 2005.

    Defendant waived her right to speedy trial and moved to continue her trial date in order to allow for additional time to effectively prepare her case;

    The Court finds pursuant to Title 18, United States Code § 3161 (h)(8) that the ends of justice served by allowing the defense further time to review the evidence in preparation for trial outweigh any other interests the public or the defendant may have in a speedy trial; therefore,

IT IS ORDERED:

1. Pursuant to the defendant's request and a written voluntary, knowing and intelligent waiver, speedy trial was waived and the time from the execution of this waiver up to and including ___Nov  22___, 2005, is hereby excluded from the computing of time within which trial of the offenses contained in the indictment must commence pursuant to the Speedy Trial Act ;

2. The jury trial herein shall commence on ___Nov  21___, 2005; and

3. The following be filed with this Court no later than one week before trial:

   a) Proposed jury voir dire questions;

   b) A joint exhibit list (Government's exhibits numbered; Defendant's exhibits lettered) (one original and three copies for the Court);

   c) A complete set of marked exhibits (with a copy for the Court if practicable);

   d) Proposed verdict forms;

   e) Witness lists for purposes of voir dire only (witness lists shall include: legal names, aliases, nicknames, place of residence, and place of employment) (one original and three copies for the Court); and

   f) Proposed jury instructions (those jury instructions upon which agreement cannot be reached shall be submitted in a separate packet, together with the objections and authority therefor of each party.)

DATED: August 12, 2005.

_____
JUDGE

1   The undersigned parties stipulate to this order both as to form and substance. The
2   defendant specifically acknowledges the waiver of speedy trial and exclusion of time up to and
3   including _____ _____, 2005.

_____   Date: 8/12/05
DOLORES TOMOKANE,
Defendant

_____   Date: 8/17/05
JOSEPH J.N. CAMACHO,
Attorney for defendant


LEONARDO M. RAPADAS
United States Attorney
District of the NMI

By: _____   Date: 8/12/5
    JAMIE D. BOWERS, AUSA
    Assistant United States Attorney