FILED
Clerk
District Court

AUG 12 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS
*************************************************************************

CR-05-00021                                         August 12, 2005
                                                    1:30 p.m.

### UNITED STATES OF AMERICA -vs- DOLORES TOMOKANE

PRESENT:   HON. A. WALLACE TASHIMA, SENIOR CIRCUIT JUDGE
           MICHELLE C. MACARANAS, COURTROOM DEPUTY
           SANAE SHMULL, COURT REPORTER
           JAMIE BOWERS, ASSISTANT U.S. ATTORNEY
           DOLORES TOMOKANE, DEFENDANT
           JOSEPH CAMACHO, ATTORNEY FOR DEFENDANT

PROCEEDINGS: WAIVER OF SPEEDY TRIAL

Defendant was present with Attorney Joseph Camacho. Government by Jamie Bowers, AUSA.

Court resumed at 1:45 pm. Defendant stated in open Court that she and her attorney needed more time to prepare for trial.

Defendant signed the Waiver Of Speedy Trial pleading in court. Defendant stated in open court that she wished to waive her right to speedy trial. Defendant was examined as to her understanding of her constitutional rights and her right to a speedy trial.

The Court found that pursuant to Title 18, U.S.C. Code 3161 (h)(8) that the ends of justice would be served by allowing the defense further time to review the evidence in preparation for trial and further time to pursue plea negotiations outweigh any other interests the public or the defendant may have in a speedy trial; therefore it was ordered that the jury trial would be waived up until and including **November 22. 2005** and that jury trial would commence on **Monday, November 21, 2005 at 9:00 am** in this courtroom.

Court adjourned at 1:53 p.m.

Michelle C. Macaranas, Court Deputy