FILED
Clerk
District Court

OCT 1 2 2005

for The Northern Mariana Islands
By_____
(Deputy Clerk)

MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

*******************************************************

CR-05-00021                                    October 12, 2005
                                               9:00 a.m.

### UNITED STATES OF AMERICA -vs- DOLORES TOMOKANE

PRESENT:   HON. ALEX R. MUNSON, JUDGE PRESIDING
           ELLIA CIAMMAICHELLA, LAW CLERK
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE N. SHMULL, COURT REPORTER
           JAMIE BOWERS, ASSISTANT U.S. ATTORNEY
           JOSEPH CAMACHO, ATTORNEY FOR DEFENDANT
           DOLORES TOMOKANE, DEFENDANT

PROCEEDINGS:   **CHANGE OF PLEA**

Defendant appeared with counsel, Attorney Joseph Camacho. Government was represented by Jamie Bowers, AUSA.

Defendant was sworn and examined as to her understanding of her constitutional rights, her right to trial and her understanding of the proceedings.

Court reviewed every element of the Indictment with the Defendant. Government reported to the Court what they would be able to prove if this matter proceeded to trial. Defendant entered a plea of **GUILTY.** Court found that the defendant was fully competent to enter a knowing and voluntary plea. Court accepted the plea.

Court ordered that a Presentence Investigation Report be submitted by December 27, 2005 and that the **Sentencing hearing be set for Tuesday, January 31, 2006 at 9:00 a.m.**

Court ordered that the defendant remain at liberty under all of the same terms and conditions as previously set.

Adjourned at 9:30 a.m.

*/s/ K. Lynn Lemieux*
K. Lynn Lemieux, Courtroom Deputy