F I L E D
Clerk
District Court

OCT 1 2 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL ACTION NO. 05-00021 |
| ) | |
| Plaintiff, ) | |
| vs. ) | ORDER SETTING |
| ) | SENTENCING DATE |
| DOLORES TOMOKANE, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that the defendant be referred to the US. Probation Office for investigation and report. The presentence investigation report is due on December 27, 2005. Sentencing is scheduled for **Tuesday, January 31, 2006** commencing at the hour of nine o'clock a.m.

DATED this 12th day of October, 2005.

_____
ALEX R. MUNSON, Chief Judge

AO 72
(Rev. 08/82)