

FILED
Clerk
District Court

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DOLORES TOMOKANE,<br><br>Defendant. | Criminal Action No. 05-00021<br><br><br>Order Rescheduling Sentencing |

Jamie D. Bowers
Assistant U.S. Attorney
P.O. Box 500377
Saipan, MP 96950

Joseph JN Camacho
Attorney at Law
P.O. Box 5506
Saipan, MP 96950

The Sentencing in the above case scheduled for Tuesday, January 31, 2006, at 9:00 a.m., is rescheduled to Wednesday, February 8, 2006, at 10:00 a.m.

IT IS SO ORDERED.

DATED THIS 4th day of January, 2006.

_____
Judge Alex R. Munson

AO 72
(Rev. 08/82)