```
                                              F I L E D
                                                  Clerk
                                              District Court

                                              MAY 2 4 2006

                                          For The Northern Mariana Islands
                                          By_____
                                                  (Deputy C.s..)
```

DEPARTMENT OF JUSTICE

NOTICE OF LIEN FOR FINE AND/OR RESTITUTION
IMPOSED PURSUANT TO THE ANTI-TERRORISM AND
EFFECTIVE DEATH PENALTY ACT OF 1996

United States Attorney's Office for                           Serial Number
the Districts of Guam and the NMI                                001

    **NOTICE** is hereby given of a lien against the property of the defendant named below. Pursuant to Title 18, United States Code, § 3613(c), a fine or an order of restitution imposed pursuant to the provisions of subchapter C of chapter 227 is a lien in favor of the United States upon all property belonging to the person fined or ordered to pay restitution. Pursuant to § 3613(d), a notice of lien shall be considered a notice of lien for taxes for the purposes of any State or local law providing for the filing of a tax lien. The lien arises at the time of the entry of judgment and continues until the liability is satisfied, remitted, or set aside, or until it becomes unenforceable pursuant to § 3613(b).

Name of Defendant:   Dolores Tomokane              Address:        Saipan, MP 96950
        SSN:   XXX-XX-9602
        DOB:   XX-XX-1948

Court Imposing Judgment:   U.S. District Court for the Northern Mariana Islands
    Court Number:   CR-05-00021

Amount of Judgment:   $18,811.00
  Date of Judgment:   02-08-2006
  Entry of Judgment:   02-08-2006

Rate of Interest When Payment is Deferred by Court:   4.70%

If payment becomes past due, penalties totaling up to 25 percent of the principal amount past due may arise. 18 U.S.C. §3612(g).

**IMPORTANT RELEASE INFORMATION**--With respect to the lien listed above, this notice shall operate as a certificate of release pursuant to 18 U.S.C. § 3613(b) by operation of law, but no later than twenty years plus term of imprisonment.

Place of Filing:     U.S. District Court for the NMI &
                     The Commonwealth Recorder

This notice was prepared and signed at U.S. Attorney's Office on this, the 28th day of February, 2006.

Signature                                Title

_____                _____
MARIVIC P. DAVID                         Assistant U.S. Attorney
                                         (671) 472-7332

---

UNITED STATES OF AMERICA,        CLERK'S OFFICE              U.S. DISTRICT COURT
                                                         FOR THE DISTRICT FOR THE NMI
                                                                              SS.

I CERTIFY, That the foregoing is a correct Notice of Lien for Fine and/or Restitution entered or registered by this Court.

                            Date,        MAY 2 4 2006

                                         GALO L. PEREZ                , Clerk.
                                   By _____        , Deputy Clerk.